No. 715, Misc. HOFFMAN *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 721, Misc. MASUCCI *v.* HARRISON, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 728, Misc. HUSKEY *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 733, Misc. ASBERRY *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 552, Misc. CLARKE *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James H. Bateman* and *Charles Galbreath* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 635, Misc. CALLAHAN *v.* INDIANA. Sup. Ct. Ind. Motion for leave to supplement the petition granted. Certiorari denied. *William C. Erbecker* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Michael V. Gooch,* Deputy Attorney General, for respondent.

No. 693, Misc. SKOLNICK *v.* PUCETTI ET AL. Sup. Ct. Ill. Petition for writ of certiorari and for other relief denied.

No. 407. NEELY *v.* HOUSTON OILERS, INC., *ante,* p. 840. Petition for rehearing and application for stay or injunction prohibiting trial court from obeying mandate denied.